IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.                                                       Cr. No. 2:99CR20003-001

CHRISTOPHER DEAN IRVIN,
    DEFENDANT.

## ORDER FOR REMISSION OF FINE

Now on this 30th day of July, 2010, comes on to be considered the United States' Petition for Remission of Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On June 28, 1999, Defendant was sentenced to five months incarceration, a $100.00 special assessment, $405.00 for restitution and a $1,000.00 fine.

2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine... are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties. This statute shall apply to all fines and assessments, irrespective of the date of imposition."

3. The United States has been unable to locate the defendant, and that there is no reasonable likelihood that the fine can be collected.

4. Upon due consideration, the United States' Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.

                                                    /s/ Robert T. Dawson
                                                    HONORABLE ROBERT T. DAWSON
                                                    UNITED STATES DISTRICT JUDGE